United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| YAHIR ALEJANDRO REYNA DE LA CRUZ, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01144 |
| | § | |
| WARDEN, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241), (Dkt. No. 1), and Respondents' Motion to Dismiss for Failure to State a Claim, (Dkt. No. 8).

Respondents' Motion to Dismiss is predicated on a Fifth Circuit panel decision in *Sosnava-Rodriguez. Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026). However, the Fifth Circuit granted its own motion for rehearing en banc in *Sosnava-Rodriguez* on July 10, 2026. No. 26-50183, Dkt. No. 174-1 at 3 (5th Cir. July 10, 2026). Consequently, the July 2 opinion was vacated. *Id.*

In light of the recent development and Petitioner's continued detention, the Court finds that Respondents should have an opportunity to amend their response to the petition. As such, the Court grants Respondents leave to amend their motion, (Dkt. No. 8).

The Court **GRANTS** Respondents leave to amend the motion **by July 21, 2026**, regarding the status of Petitioner's detention and claims in this case. Petitioner may file a reply **by July 28, 2026**.

It is so **ORDERED**.

**SIGNED** on July 14, 2026.

John A. Kazen
United States District Judge